**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF MISSOURI**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **Robert** | |
| First Name | First Name |
| **Lee** | |
| Middle Name | Middle Name |
| **Naucke** | |
| Last Name | Last Name |
| | |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

| | |
|---|---|
| **Bob** | |
| First Name | First Name |
| | |
| Middle Name | Middle Name |
| **Naucke** | |
| Last Name | Last Name |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __1_ __6_ __9_ __1_       xxx – xx – ____ ____ ____ ____

OR                                          OR

9xx – xx – ____ ____ ____ ____       9xx – xx – ____ ____ ____ ____

| Debtor 1 | Robert Lee Naucke | | Case number (if known) | |
|---|---|---|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name

Business name

Business name

EIN  ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ I have not used any business names or EINs.

Business name

Business name

Business name

EIN  ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN  ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

**5815 Kingwood Drive**
Number    Street

**St. Louis          MO    63123**
City                        State    ZIP Code

**St. Louis City**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                        State    ZIP Code

If Debtor 2 lives at a different address:

Number    Street

City                        State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                        State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**  **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____    When _____    Case number _____
                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY    if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY    if known

**11.    Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number     Street

_____

_____     _____     _____
City                                  State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                        Number     Street

_____

_____     _____     _____
City                                  State          ZIP Code

---

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**
☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Robert Lee Naucke** _____    X _____
   Robert Lee Naucke, Debtor 1                                Signature of Debtor 2

   Executed on **07/24/2019** _____               Executed on _____
            MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1     **Robert Lee Naucke** _____     Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Randall T. Oettle** _____     Date **07/24/2019**
Signature of Attorney for Debtor                                               MM / DD / YYYY

**Randall T. Oettle** _____
Printed name

**R.O.C. Law, Randall Oettle Company, P.C.** _____
Firm Name

**12964 Tesson Ferry, Suite B** _____
Number        Street

_____

_____

**St. Louis** _____     **MO**     **63128** _____
City                                                          State         ZIP Code

Contact phone   **(314) 843-0220** _____     Email address _____

**46820** _____     _____
Bar number                                                   State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**5815 Kingwood Drive**
Street address, if available, or other description

_____

**St. Louis          MO     63123**
City                 State   ZIP Code

**St. Louis City**
County

**Principle Residence
5815 Kingwood Drive
St. Louis, MO 63123**

**Water damage in basement**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$205,000.00** | **$205,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Principle Residence**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................➜** **$205,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | |
| Model: | **Corvette** | ☑ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage: | **11,900** | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $42,000.00  $42,000.00 |

Other information:
**2014 Chevrolet Corvette (approx. 11,900 miles)**          ☐ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes** | Check one. | |
| Model: | **CLS550** | ☑ Debtor 1 only | |
| Year: | **2011** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage: | **78,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $16,000.00  $16,000.00 |

Other information:
**2011 Mercedes CLS550 (approx. 78,000 miles)**          ☐ Check if this is community property (see instructions)

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Box Truck E350** | ☑ Debtor 1 only | |
| Year: | **1978** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $1.00  $1.00 |

Other information:
**1978 Ford Box Truck E350--Debtor believed this truck was part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value.  Last known to be located at the River City Granite location in Madison IL.**          ☐ Check if this is community property (see instructions)

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Box Truck E350** | ☑ Debtor 1 only | |
| Year: | **1977** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $1.00  $1.00 |

Other information:
**1977 Ford Box Truck E350--Debtor believed this truck was also part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value.  Last known to be located at the River City Granite location in Madison IL.**          ☐ Check if this is community property (see instructions)

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
     ☑ No
     ☐ Yes

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2.  Write that number here**..........................................➔  | **$58,002.00** |

Debtor 1   **Robert Lee Naucke**                                          Case number (if known) _____

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....   **Two bedroom, three bathroom, partially finished basement residence.**            **$1,200.00**

   **Debtor describes his household goods and furnishings as average quantity and average quality.**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....   **Four televisions, one desktop computer, two tablets, and one cellular device.**            **$300.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....   **One older set of golf clubs, one pool stick, one treadmill, and one electric bass guitar.**            **$275.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....   **Debtor describes his wearing apparel as average quantity and average quality.**            **$100.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**            **$300.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....   **One dog and one beta fish.**            **$15.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information............   **One walker, one cane, and one nebulizer.**            **$25.00**

Debtor 1     **Robert Lee Naucke**                                              Case number (if known) _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.**..................................................................................➔  | $2,215.00 |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................. Cash: ..........................  $250.00

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................                  Institution name:

| 17.1. | Checking account: | **Gateway Metro Federal Credit Union - Checking Account** | $353.00 |
| 17.2. | Checking account: | **Regions Bank - Checking Account** | |
| | | **These funds are composed of Social Security Benefits.** | $293.00 |
| 17.3. | Savings account: | **Gateway Metro Federal Credit Union - Savings Account** | $2.00 |

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them..........................  Name of entity:                          % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................   Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.     Type of account:        Institution name:

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                    _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                    _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                    _____

**Money or property owed to you?**                                      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information    **Federal: Debtor last filed tax returns for the tax year of**    Federal:_____ **$0.00**
about them, including whether    **2017 and received a refund in the amount of $1,478.00**
you already filed the returns    **from federal, but neither received a tax refund, nor owed a**    State:_____ **$0.00**
and the tax years......................    **tax debt, to the state.**
Local:_____ **$0.00**
**Debtor anticipates on owing a tax debt to both the federal and the state for 2018 tax returns.  Amt: $0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information    Alimony:         _____

Maintenance:   _____

Support:         _____

Divorce settlement: _____

Property settlement:_____

Debtor 1    __Robert Lee Naucke_____     Case number (if known) _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                      _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                      _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim........    **Debtor's daughter and partner purchased the River City Granite     _____ Unknown
companies in May 2018, and still owe debtor $90,000.00, but
allege debtor breached the Purchase Agreement and have,
therefore, stopped paying.**

**Debtor's former attorney drafted the Purchase Agreement that
Daughter and Partner allege was breached, and debtor believes
the attorney may have some responsibility for the document's
errors.**

**Other than the above, Debtor is unaware of any civil claim for
personal injury, worker compensation, property damage,
exposure, legal, medical or financial malpractice/malfeasance,
class action claim, employment or discrimination claim, or any
other potential right to recover monetary sum from a second or
third party. Debtor retains the right to assert any such claim and
amend her/his Schedule B, accordingly, in the event such claim is
discovered or disclosed to Debtor.**

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                      _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.......................................................................** ➔   | **$898.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                                          _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                                                          _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                                                                          _____

41. **Inventory**

☑ No
☐ Yes. Describe..                                                                                          _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
　　　☐ No
　　　☐ Yes.  Describe.....                                                                            _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here.................................................................................. ➔ | $0.00 |

**Part 6:**　**Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                                    _____

Debtor 1     **Robert Lee Naucke**_____     Case number (if known) _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................     _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....     _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....     _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here**..................................................................➜    | $0.00 |

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.
**One push mower, one leaf blower, one snow blower, one hot tub, a small variety of power
tools, and a small variety of hand tools.**     $500.00

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➜    | $500.00 |

**Part 8:   List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**................................................................................➜    $205,000.00

56. **Part 2: Total vehicles, line 5**     $58,002.00

57. **Part 3: Total personal and household items, line 15**     $2,215.00

58. **Part 4: Total financial assets, line 36**     $898.00

59. **Part 5: Total business-related property, line 45**     $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

61. **Part 7: Total other property not listed, line 54**     +    $500.00

62. **Total personal property.**   Add lines 56 through 61..................    | $61,615.00 |   Copy personal
property total  ➜    +    $61,615.00

63. **Total of all property on Schedule A/B.**     Add line 55 + line 62...........................................    | $266,615.00 |

Debtor 1    **Robert Lee Naucke**                                        Case number (if known)

12.  Jewelry (details):

**One wedding band.**                                                              **$100.00**

**Costume jewelry.**                                                               **$200.00**

**Fill in this information to identify your case:**

Debtor 1      **Robert**          **Lee**          **Naucke**
              First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**      *Check one only, even if your spouse is filing with you.*

    ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Principle Residence**<br>**5815 Kingwood Drive**<br>**St. Louis, MO 63123**<br><br>**Water damage in basement**<br>Line from *Schedule A/B*:  **1.1** | $205,000.00 | ☒ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.475** |
| Brief description:<br>**2011 Mercedes CLS550 (approx. 78,000 miles)**<br>Line from *Schedule A/B*:  **3.2** | $16,000.00 | ☒ $2,868.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(5)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒ No
    ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1    **Robert Lee Naucke**           Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1978 Ford Box Truck E350--Debtor believed this truck was part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.3** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(5)** |
| Brief description:<br>**1978 Ford Box Truck E350--Debtor believed this truck was part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.3** | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.440** |
| Brief description:<br>**1978 Ford Box Truck E350--Debtor believed this truck was part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL.**<br>**(3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.3** | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. §§ 513.427, 513.475.2** |
| Brief description:<br>**1977 Ford Box Truck E350--Debtor believed this truck was also part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.4** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(5)** |
| Brief description:<br>**1977 Ford Box Truck E350--Debtor believed this truck was also part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.4** | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.440** |

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1977 Ford Box Truck E350--Debtor believed this truck was also part of Business Sale to daughter, but truck is in very poor condition and only worth scrap value. Last known to be located at the River City Granite location in Madison IL. (3rd exemption claimed for this asset)** Line from *Schedule A/B*: __3.4__ | $1.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. §§ 513.427, 513.475.2** |
| Brief description: **Two bedroom, three bathroom, partially finished basement residence.** **Debtor describes his household goods and furnishings as average quantity and average quality.** Line from *Schedule A/B*: __6__ | $1,200.00 | ☑ $1,200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |
| Brief description: **Four televisions, one desktop computer, two tablets, and one cellular device.** Line from *Schedule A/B*: __7__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |
| Brief description: **One older set of golf clubs, one pool stick, one treadmill, and one electric bass guitar.** Line from *Schedule A/B*: __9__ | $275.00 | ☑ $275.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |
| Brief description: **Debtor describes his wearing apparel as average quantity and average quality.** Line from *Schedule A/B*: __11__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |
| Brief description: **One wedding band.** Line from *Schedule A/B*: __12__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(2)** |
| Brief description: **Costume jewelry.** Line from *Schedule A/B*: __12__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(2)** |
| Brief description: **One dog and one beta fish.** Line from *Schedule A/B*: __13__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |

Debtor 1 __Robert Lee Naucke_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **One walker, one cane, and one nebulizer.** Line from *Schedule A/B*: __14__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(9)** |
| Brief description: **Cash on person. (1st exemption claimed for this asset)** Line from *Schedule A/B*: __16__ | **$250.00** | ☑ **$250.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(3)** |
| Brief description: **Cash on person. (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __16__ | **$250.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.440** |
| Brief description: **Gateway Metro Federal Credit Union - Checking Account** Line from *Schedule A/B*: __17.1__ | **$353.00** | ☑ **$350.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(3)** |
| Brief description: **Gateway Metro Federal Credit Union - Savings Account** Line from *Schedule A/B*: __17.3__ | **$2.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(3)** |
| Brief description: **Regions Bank - Checking Account** **These funds are composed of Social Security Benefits. (1st exemption claimed for this asset)** Line from *Schedule A/B*: __17.2__ | **$293.00** | ☑ **$293.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(10)(a)** |
| Brief description: **Regions Bank - Checking Account** **These funds are composed of Social Security Benefits. (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __17.2__ | **$293.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| Brief description: **One push mower, one leaf blower, one snow blower, one hot tub, a small variety of power tools, and a small variety of hand tools.** Line from *Schedule A/B*: __53__ | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Mo. Rev. Stat. § 513.430.1(1)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | **$182,584.00** | **$186,000.00** | |
| **Freedom Mortgage Corp** | | | | |
| Creditor's name | **5815 Kingwood Drive, St. Louis, MO 63123** | | | |
| **10500 Kincaid Dr** | | | | |
| Number     Street | | | | |
| | **As of the date you file, the claim is:** Check all that apply. | | | |
| | ☐ Contingent | | | |
| **Fishers            IN     46037** | ☐ Unliquidated | | | |
| City         State    ZIP Code | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☐ At least one of the debtors and another | ☑ Other (including a right to offset) | | | |
| ☐ **Check if this claim relates to a community debt** | **FHA Real Estate Mortgage** | | | |
| **Date debt was incurred**   **12/2017** | **Last 4 digits of account number**   **3  9  5  0** | | | |

**First Mortgage**

Add the dollar value of your entries in Column A on this page. Write
that number here:                                                          **$182,584.00**

Debtor 1  **Robert Lee Naucke**                                    Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Gateway Metro Federal**
Creditor's name
**1001 Pine Street**
Number     Street

_____

| **St Louis** | **MO** | **63101** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **06/2014**

**Surrendering**

Describe the property that secures the claim:
**2014 Corvette**

Column A: **$43,407.00**  Column B: **$46,000.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

Last 4 digits of account number   **0  0  0  6**

---

**2.3**

**Wells Fargo Dealer Svc**
Creditor's name
**Po Box 10709**
Number     Street

_____

| **Raleigh** | **NC** | **27605** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **06/2014**

Describe the property that secures the claim:
**2011 Mercedes CLS550**

Column A: **$13,132.00**  Column B: **$16,000.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

Last 4 digits of account number   **9  9  6  6**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$56,539.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$239,123.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $2,718.70 | $2,718.70 | $0.00 |

| | |
|---|---|
| **City of St. Louis Collector** | |
| Priority Creditor's Name | Last 4 digits of account number   **3 2 2 9** |
| **1200 Market Street, Rm. 12** | When was the debt incurred?   **2018** |
| Number         Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| **St. Louis          MO     63103** | ☐ Unliquidated |
| City                    State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?**   Check one. | |
| ☑ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☑ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were |
| ☐ **Check if this claim is for a community debt** | intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify |
| ☑ No | |
| ☐ Yes | |

Debtor 1     **Robert Lee Naucke**                                     Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

### 2.2

|  | $17,400.00 | $17,400.00 | $0.00 |
|---|---|---|---|

**IRS**
Priority Creditor's Name
**P.O. Box 7346**
Number      Street

Last 4 digits of account number    **1**  **6**  **9**  **1**

When was the debt incurred?    **2018**

_____

| **Philadelphia** | **PA** | **19101-7346** |
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Estimate for 2018 Income Tax with Penalty**

### 2.3

|  | $5,000.00 | $5,000.00 | $0.00 |
|---|---|---|---|

**Missouri Department of Revenue**
Priority Creditor's Name
**Division of Taxation**
Number      Street
**P.O. Box 385**

Last 4 digits of account number    **1**  **6**  **9**  **1**

When was the debt incurred?    **2018**

_____

| **Jefferson City** | **MO** | **65105-0385** |
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Estimated 2018 MDOR Income Taxes with Penalty**

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** |  | **$110,000.00** |
|---|---|---|

**3 Rivers Solid Surface & Remodeling, LLC**
Nonpriority Creditor's Name
**915 Fairway Park Drive**
Number        Street

**Madison**            **IL**     **62060**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1**  **6**  **9**  **1**
When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

**Debtor previously sold River City Grantie and Stone Works, LLC, including River City Grantie Fabrication, LLC and River City Granite Daddy, LLC, to buyers 3 Rivers Solid Surface & Remodeling, and buyers allege Debtor breached the Purchase Agreement.  Claim is, at minimum, for all prior $110,000.00 paid to date under said Purchase Agreement.**

| **4.2** |  | **$384.00** |
|---|---|---|

**Bank Of America**
Nonpriority Creditor's Name
**Po Box 982238**
Number        Street

**El Paso**            **TX**     **79998**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**  **5**  **6**  **9**
When was the debt incurred?    **06/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.3**                                                                                    **$377.00**

**Cb Indigo/gf**
Nonpriority Creditor's Name
**Po Box 4499**
Number      Street
_____

**Beaverton**          **OR**    **97076**
City                          State    ZIP Code

Last 4 digits of account number    **4  1  1  8**
When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**4.4**                                                                                    **$5,721.53**

**City of St. Louis Collector**
Nonpriority Creditor's Name
**1200 Market Street, Rm. 12**
Number      Street
_____

**St. Louis**          **MO**    **63103**
City                          State    ZIP Code

Last 4 digits of account number    **3  2  2  9**
When was the debt incurred?    **2016-2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Personal Property Taxes**

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 __Robert Lee Naucke_____   Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.5**

$369.59

**Collector of Revenue**
Nonpriority Creditor's Name
**1200 Market Street**
Number      Street
**Room 109**

_____

**St. Louis**          **MO**    **63103**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Case No.: 1422-CC08442**

Last 4 digits of account number    __1__ __6__ __9__ __1__
When was the debt incurred?    __2013__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Debt**

---

**4.6**

$556,822.41

**Cosmo Granite & Marble, NC, LLC**
Nonpriority Creditor's Name
**501 S. New Hope Road**
Number      Street

_____

**Ralliegh**          **NC**    **27610**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    __2016__

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Debt**

**Former MO State Court case #16SL-CC00335 now pending in U.S. District Court, EDMO. Debtor is a co-defendant and
guarantor on these unpaid invoices. Claim does NOT include attorneys' fees owed to Plaintiff.**

Debtor 1   **Robert Lee Naucke** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.7

**Crown Vision Insurance**

Nonpriority Creditor's Name

_____
Number      Street

_____

_____
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   6   9   1

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Services**

$266.00

### 4.8

**Farmers Insurance**

Nonpriority Creditor's Name

**P.O. Box 268992**
Number      Street

_____

**Oklahoma City          OK    73126**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   3   6   1

**When was the debt incurred?**   2014

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

$3,908.56

**Insurance claim for damage to customer's home caused by improper counter install  (Manu Gopal is customer).**

Debtor 1    **Robert Lee Naucke**    _____    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9** | | $423.70

**Gale Aulabaugh, Inc.**
Nonpriority Creditor's Name
**dba Madison License and Check Express**
Number    Street
**2127 Edwardsville Road**

**Madison**            **IL**    **62060**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1  6  9  1**
When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Business Debt**

---

**4.10** | | $600.00

**Gateway Ambulance Service, LLC**
Nonpriority Creditor's Name
**PO Box 2107**
Number    Street

**Louisville**            **KY**    **40201-2107**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1  6  9  1**
When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical Services**

Debtor 1 __Robert Lee Naucke_____    Case number (if known) _____

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| | |
|---|---|
| **4.11** | **$15,000.00** |

**Gm Financial**
Nonpriority Creditor's Name
**Po Box 181145**
Number        Street

_____

**Arlington**              **TX**    **76096**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __7__  __7__  __3__  __8__
When was the debt incurred?    __03/2017__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Automobile**

**Repossessed Automobile (2017 Cadillac XT5) Deficiency Claim**
**Debtor surrendered this automobile in April / May of 2019.**

| | |
|---|---|
| **4.12** | **$1.00** |

**KAH Home Care**
Nonpriority Creditor's Name
**12125 Woodcrest Executive Drive**
Number        Street
**Suite 340**

_____

**Creve Coeur**            **MO**    **63141**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __1__  __6__  __9__  __1__
When was the debt incurred?    __2016__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

**Debtor believes KAH was fully paid by Medicare**

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.13

$12,671.00

**Mercy Clinic East Communities**
Nonpriority Creditor's Name
**P.O. Box 504655**
Number     Street

**St. Louis          MO     63150-4655**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    1   6   9   1
**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify  **Medical Services**

### 4.14

$770.00

**Mercy Clnc Trauma Gen Surg**
Nonpriority Creditor's Name
**P.O. Box 776084**
Number     Street

**Chicago          IL     60677**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    1   6   9   1
**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify  **Medical Services**

### 4.15

Unknown

**Mercy Hospital St. Louis**
Nonpriority Creditor's Name
**615 South New Ballas Road**
Number     Street

**St. Louis          MO     63141**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    1   6   9   1
**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify  **Medical Services**

Debtor 1     Robert Lee Naucke                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.16
**Mercy Rehab Hospital St. Louis**
Nonpriority Creditor's Name
P.O. Box 798325
Number        Street

$1,288.00

St. Louis              MO      63179
City                   State   ZIP Code

Last 4 digits of account number    1   6   9   1
When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Services**

### 4.17
**Metro Imaging**
Nonpriority Creditor's Name
P.O. Box 780
Number        Street

$146.00

St. Charles            MO      63302
City                   State   ZIP Code

Last 4 digits of account number    1   6   9   1
When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Services**

### 4.18
**Metropolitan Urological Specialists**
Nonpriority Creditor's Name
P.O. Box 790379
Number        Street

$314.00

St. Louis              MO      63179
City                   State   ZIP Code

Last 4 digits of account number    1   6   9   1
When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Services**

Debtor 1    **Robert Lee Naucke** _____     Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.19**

**$32,499.93**

**MO Employers Mutual Insurance Company**
Nonpriority Creditor's Name
**663 Trade Center Blvd.**
Number       Street
_____
_____

**Chesterfield          MO      63005**
City                          State      ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Case No.: 13SL-CC02833**

Last 4 digits of account number    __1__  __6__  __9__  __1__
When was the debt incurred?    **2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Business Debt**

**4.20**

**$57,970.57**

**Mulligan Funding, LLC**
Nonpriority Creditor's Name
**4619 Viewridge Avenue**
Number       Street
**Suite C**
_____

**San Diego          CA      92123**
City                          State      ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Personal Guaranty**

Last 4 digits of account number    __1__  __6__  __9__  __1__
When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Business Debt**

Debtor 1      **Robert Lee Naucke**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.21**                                                                                                                    **$350.00**

**Neurosurgical Specialists**

Last 4 digits of account number     **1**   **6**   **9**   **1**

Nonpriority Creditor's Name

**621 South New Ballas Road**

When was the debt incurred?     **2016**

Number        Street

**Suite 297A**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Creve Coeur**          **MO**     **63141**

City                  State     ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**     Check one.

☐ Student loans

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

☐ **Check if this claim is for a community debt**

**Medical Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.22**                                                                                                                    **$34,652.76**

**New Era Lending, LLC**

Last 4 digits of account number     **1**   **6**   **9**   **1**

Nonpriority Creditor's Name

**dba Smart Business Funding**

When was the debt incurred?     **2015**

Number        Street

**1 North Orange Street**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suite 762**

**Wilmington**          **DE**     **19801**

City                  State     ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**     Check one.

☐ Student loans

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

☐ **Check if this claim is for a community debt**

**Business Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Business funding debt personally guaranteed by debtor**

Debtor 1    **Robert Lee Naucke**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
| --- | --- |

**4.23**                                                                                          **$51.00**

**Northeast Missouri Imaging Associates, I**
Nonpriority Creditor's Name
**P.O. Box 861**
Number      Street

_____

**Hannibal**              **MO**      **63401-0861**
City                        State      ZIP Code

**Who incurred the debt?**      Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1**  **6**  **9**  **1**
**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Services**

**4.24**                                                                                          **$77.10**

**PathGroup Labs, LLC**
Nonpriority Creditor's Name
**P.O. Box 530310**
Number      Street

_____

**Atlanta**              **GA**      **30353-0310**
City                        State      ZIP Code

**Who incurred the debt?**      Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1**  **6**  **9**  **1**
**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Services**

Debtor 1  **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.25**

**$28,381.00**

**Pearl Beta Funding, LLC**
Nonpriority Creditor's Name
**100 Williams Street**
Number          Street
**9th Floor**

**New York**          **NY**     **10038**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   6   9   1**
When was the debt incurred?   **2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Business loan personally guaranteed by debtor.**

**4.26**

**$69,625.83**

**Prosper UM Capital, LLC**
Nonpriority Creditor's Name
**57 West 38th Street**
Number          Street
**Suite 604**

**New York**          **NY**     **10018**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   6   9   1**
When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

**Case No.: 18-L-998 Judgment against debtor and River City Granite & Stone works.  Contempt citation pending for failing to appear at Citation Hearing regarding assets.**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.27**

**Reliable Fast Cash, LLC**
Nonpriority Creditor's Name
**dba K.C.G.**
Number        Street
**One Metrotech Center**

_____

**Brooklyn**              **NY**    **11201**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Business debt personally guaranteed by debtor.**

$72,000.00

Last 4 digits of account number    **1    6    9    1**
When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**4.28**

**Robert C. Naucke**
Nonpriority Creditor's Name
**9122 Niger Drive**
Number        Street

_____

**Afton**              **MO**    **63123**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal Loans**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| **4.29** | | **$10,698.83** |
|---|---|---|

**Salander Enterprises, LLC**
Nonpriority Creditor's Name
**225 South Executive Drive**
Number        Street
**Suite 250**

_____

**Brookfield            WI      53008**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    1   6   9   1**

**When was the debt incurred?    215**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Business Debt**

**Case No.: 1922-AC05532 debtor and business are co-defendants in pending case. Plaintiff is also known as Kabbage Inc.**

| **4.30** | | **$4,754.00** |
|---|---|---|

**Signature Medical Group**
Nonpriority Creditor's Name
**12639 Old Tesson Road**
Number        Street
**Suite 115**

_____

**St. Louis              MO      63128**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    1   6   9   1**

**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Medical Services**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.31**                                                                                  **$80.00**

**South County Radioligists**           Last 4 digits of account number   **1   6   9   1**
Nonpriority Creditor's Name
**P.O. Box 954129**                      When was the debt incurred?   **2017**
Number      Street
                                         As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                         ☐ Unliquidated
**St. Louis**          **MO**   **63195-4129**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?   Check one.      Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☒ Other. Specify
Is the claim subject to offset?             **Medical Services**
☒ No
☐ Yes

**4.32**                                                                                  **$1,506.00**

**St. Anthony's Medical Center**         Last 4 digits of account number   **1   6   9   1**
Nonpriority Creditor's Name
**P.O. Box 66766**                       When was the debt incurred?   **2016**
Number      Street
                                         As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                         ☐ Unliquidated
**St. Louis**          **MO**   **63166**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?   Check one.      Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☒ Other. Specify
Is the claim subject to offset?             **Medical Services**
☒ No
☐ Yes

**4.33**                                                                                  **$345.00**

**St. Louis Clinical Pathology LLC**     Last 4 digits of account number   **1   6   9   1**
Nonpriority Creditor's Name
**PO Box 957930**                        When was the debt incurred?   **2016**
Number      Street
                                         As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                         ☐ Unliquidated
**St. Louis**          **MO**   **63195-7930**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?   Check one.      Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt   ☒ Other. Specify
Is the claim subject to offset?             **Medical Services**
☒ No
☐ Yes

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.34**                                                                                  **$226.00**

**St. Louis ENT Health**
Nonpriority Creditor's Name
**607 S New Ballas Rd #2300**
Number      Street
_____

**St Louis**          **MO**     **63131**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1**   **6**   **9**   **1**
**When was the debt incurred?**      **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Services**

**4.35**                                                                                  **$35,212.53**

**Superior Granite, Inc.**
Nonpriority Creditor's Name
**8420 Delmar Blvd.**
Number      Street
**LL2**

**St. Louis**          **MO**     **63123**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1**   **6**   **9**   **1**
**When was the debt incurred?**      **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

**Case No.: 18SL-CC03097 debtor and business are co-defendants. Case is still pending in St. Louis County**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.36**

$1,043.00

**Tbom/atls/fortiva Mc**
Nonpriority Creditor's Name
**Po Box 105555**
Number        Street

Last 4 digits of account number    **1    3    8    7**
When was the debt incurred?    **03/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta                    GA      30348**
City                        State    ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.37**

$160,447.10

**Technology Insurance Company**
Nonpriority Creditor's Name
**P.O. Box 3510**
Number        Street

Last 4 digits of account number    **1    6    9    1**
When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City                KS      66103**
City                        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Case No.: 17SL-AC16023  Alleged improper reporting/acounting for Workers Compensation Premiums and amount
allegedly due after Audit.**

Debtor 1      **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.38**                                                                           $498.00

**Therapeutic & Diagnostic Imaging**
Nonpriority Creditor's Name
**P.O. Box 66726**
Number       Street

_____

**St. Louis**              **MO**    **63166**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1   6   9   1**
When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

**4.39**                                                                           $523.00

**Voice and Swallowing Center**
Nonpriority Creditor's Name
**1010 Old Des Peres Road**
Number       Street

_____

**St. Louis**              **MO**    **63131**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1   6   9   1**
When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

**4.40**                                                                           $664.00

**West County Radiological Group**
Nonpriority Creditor's Name
**11475 Olde Cabin Road**
Number       Street
**Suite 200**

_____

**St. Louis**              **MO**    **63141**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1   6   9   1**
When was the debt incurred?    **2017-2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.41 | | | **$1,176.00** |

**Western Anesthesiology**
Nonpriority Creditor's Name

**339 Consort Drive**
Number      Street

_____

**Ballwin          MO     63011-4439**
City                State      ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    6    9    1**

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Services**

Debtor 1    **Robert Lee Naucke**  _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Account Resolution Cor**
Name
**700 Goddard Ave**
Number        Street

_____

**Chesterfield        MO    63005**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for South**
**County Radiologists**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __7__ __1__ __5__ __0__

---

**Account Resolution Cor**
Name
**700 Goddard Ave**
Number        Street

_____

**Chesterfield        MO    63005**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Metro**
**Imaging**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __9__ __8__ __5__ __9__

---

**Americollect Inc**
Name
**1851 S Alverno Road**
Number        Street

_____

**Manitowoc        WI    54221**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Northeast**
**Missouri Imaging**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __2__ __0__ __1__ __6__

---

**Americollect Inc**
Name
**1851 S Alverno Road**
Number        Street

_____

**Manitowoc        WI    54221**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for West**
**County Radiological**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __8__ __8__ __1__ __8__

---

**Americollect Inc**
Name
**1851 S Alverno Road**
Number        Street

_____

**Manitowoc        WI    54221**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for West**
**County Radiological**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __5__ __4__ __6__ __H__

---

Debtor 1    Robert Lee Naucke       Case number (if known)

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Americollect Inc**
Name
**1851 S Alverno Road**
Number    Street

**Collecting for West County Radiological**

**Manitowoc**    **WI**    **54221**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   7   7   4   7

---

**Americollect Inc**
Name
**1851 S Alverno Road**
Number    Street

**Collecting for West County Radiological**

**Manitowoc**    **WI**    **54221**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   4   8   6   D

---

**Andrew Alexander Demasi**
Name
**14701 East 42nd Street**
Number    Street

**Attorney for Salander Enterprises, LLC**

**Independence**    **MO**    **64055**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   5   5   3   2

---

**Aspen Waste Systems**
Name
**13710 Green Ash Court**
Number    Street

**Earth City**    **MO**    **63045**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**$131.51 Business debt ONLY, but debtor lists out of an abundance of caution.**

---

**Atlas Stone**
Name
**10602 Trenton Ave.**
Number    Street

**St. Louis**    **MO**    **63132**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**$31,016.79 Business ONLY debt for unpaid stone delivered to River City Granite & Stoneworks. Debtor lists out of an abundance of caution.**

---

**Chanda Kelley**
Name
**915 Fairway Park Drive**
Number    Street

**Business Debt**

**Madison**    **IL**    **62060**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   1   6   9   1

**Owner of 3 Rivers Solid Surfacing & Remodeling.**

Debtor 1    **Robert Lee Naucke**　　　　　　　　　　　　　　　　Case number (if known)

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Choice Recovery**
Name
**1550 Old Henderson Road**
Number　　　　Street

**Columbus**　　　　　**OH**　　**43220**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Metropolitan Urological**

Last 4 digits of account number ___ **4** ___ **7** ___ **9** ___ **1**

---

**Choice Recovery**
Name
**1550 Old Henderson Road**
Number　　　　Street

**Columbus**　　　　　**OH**　　**43220**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Metropolitan Urological**

Last 4 digits of account number ___ **4** ___ **7** ___ **9** ___ **0**

---

**David A. Kraft & Associates, LLC**
Name
**P.O. Box 3510**
Number　　　　Street

**Kansas City**　　　　**KS**　　**66103**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Technology**　　☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Insurance Company**

Last 4 digits of account number ___ **1** ___ **6** ___ **9** ___ **1**

---

**Day Knight**
Name
**P O Box 5**
Number　　　　Street

**Grover**　　　　　　**MO**　　**63040**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Therapeutic and**

Last 4 digits of account number ___ **9** ___ **8** ___ **8** ___ **0**

---

**Dex Media**
Name
**c/o McCarthy, Burgess & Wolff**
Number　　　　Street
**26000 Cannon Road**

**Cleveland**　　　　　**OH**　　**44146**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Unpaid Advertising**　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**$6,700.00 Business ONLY debt, but debtor lists out of an abundance of caution.**

---

**Infinity Insurance Solutions**
Name
**975 East Riggs Road**
Number　　　　Street
**Suite 12-172**

**Chandler**　　　　　**AZ**　　**85249**
City　　　　　　　　　State　　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Technology Insurance**

Last 4 digits of account number ___ **1** ___ **6** ___ **9** ___ **1**

Debtor 1   **Robert Lee Naucke** _____   Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**John Sholar**
Name
**2800 Buckmaster Lane**
Number      Street
**Suite B**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Gaul**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Aulabaugh, Inc. dba**

Last 4 digits of account number    **1   6   9   1**

**Alton**            **IL**      **62002**
City               State   ZIP Code

---

**Jonathan L. Shoener**
Name
**P.O. Box 10110**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for MO**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Employers Mutual**

Last 4 digits of account number    **2   8   3   3**

**Columbia**         **MO**      **65205**
City               State   ZIP Code

---

**Korsinsky & Klein, LLP**
Name
**2926 Avenue L**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for New Era**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Lending, LLC**

Last 4 digits of account number    **1   6   9   1**

**Brooklyn**         **NY**      **11210**
City               State   ZIP Code

---

**Law Offices of Anne R. Grupp**
Name
**1418 Carne Road**
Number      Street
**Suite 200**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Mulligan**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Funding, LLC**

Last 4 digits of account number    **1   6   9   1**

**Ojai**            **CA**      **93023**
City               State   ZIP Code

---

**Lease Financial Groupl**
Name
**525 Washington Blvd**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   5   3   6**

**Jersey City**      **NJ**      **07310**
City               State   ZIP Code

**$417.00 Business ONLy debt for Payment Processing River City Granite, debtor lists out of an abundance of caution.**

---

**Manu Gopal**
Name
**414 Pine Hollow Court**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   6   9   1**

**Ballwin**          **MO**      **63021**
City               State   ZIP Code

**Former customer claim for property damage caused by alleged improper Counter Install.  Farmers Insurance is the actual creditor for this claim.**

Debtor 1   **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Mark R. Bahn**
Name
**5024 Griffin Road**
Number        Street
_____

**St. Louis**          **MO**     **63128**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Superior**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Granite, Inc.**

Last 4 digits of account number     **3**   **0**   **9**   **7**

---

**Mathis Marifian & Richter**
Name
**101 West Vandalia Street**
Number        Street
**Suite 100**
_____
**P.O. Box 247**
_____
**Edwardsville**        **IL**     **62025**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Prosper UM**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Capital, LLC**

Last 4 digits of account number     **L**   **9**   **9**   **8**

---

**Mca Mgmnt Co**
Name
**Po Box 480**
Number        Street
_____

**High Ridge**         **MO**     **63049**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Western**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Anesthesiology**

Last 4 digits of account number     **0**   **4**   **6**   **0**

---

**Michael D. Stokes**
Name
**133 South 11th Street**
Number        Street
**Suite 350**
_____

**St. Louis**          **MO**     **63102**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Collector of**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Revenue**

Last 4 digits of account number     **8**   **4**   **4**   **2**

---

**Midwest Granite**
Name
**2303 Chaffee Drive**
Number        Street
_____

**St. Louis**          **MO**     **63146**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___  ___  ___  ___

**Business vendor debt and NOT believed to be owed by debtor.  Debtor listst this debt out of an abundance of caution.**

---

**Partners Col**
Name
**403 Axminister**
Number        Street
_____

**Fenton**             **MO**     **63026**
City                 State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Crown**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Vision Insurance**

Last 4 digits of account number     **6**   **1**   **8**   **1**

Debtor 1    **Robert Lee Naucke**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Reg Crdt Ser**
Name
**1201 Jefferson Street**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for
Neurosurgical**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Washington        MO    63090**
City                State   ZIP Code

Last 4 digits of account number _9_ _0_ _0_ _2_

---

**RMS**
Name
**P.O. Box 280431**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for
Technology Insurance**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**East Hartford      CT    06128**
City                State   ZIP Code

Last 4 digits of account number _9_ _0_ _9_ _8_

---

**Robinson, Reagan & Young, PLLC**
Name
**446 James Robertson Parkway**
Number       Street
**Suite 200**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for YP, LLC dba
AT&T Advertising**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Nashville          TN    37219**
City                State   ZIP Code

Last 4 digits of account number _6_ _7_ _3_ _5_

---

**Ronald L. Kraft**
Name
**7011 West 121st Street**
Number       Street
**Suite 101**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Technology
Insurance Company**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Overland Park      KS    66209**
City                State   ZIP Code

Last 4 digits of account number _6_ _0_ _2_ _3_

---

**Tek-collect Inc**
Name
**871 Park St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for St. Louis
ENT Health**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Columbus           OH    43215**
City                State   ZIP Code

Last 4 digits of account number _6_ _6_ _4_ _3_

---

**Tek-collect Inc**
Name
**871 Park St**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Voice and
Swallowing Center**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Columbus           OH    43215**
City                State   ZIP Code

Last 4 digits of account number _6_ _6_ _8_ _5_

---

Debtor 1   **Robert Lee Naucke** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**The Kaplan Group**
Name
**2250 King Court, Suite 50**
Number      Street
_____

**San Luis Obispo**          **CA**    **93401**
City                          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Mulligan**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Funding, LLC**

Last 4 digits of account number    **1    6    9    1**

---

**William Anderson**
Name
**c/o 3 Rivers Soid Surface & Remodeling**
Number      Street
**915 Fairway Drive**
_____

**Madison**                  **IL**    **62060**
City                          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1    6    9    1**

**Other co-owner of 3 Rivers Solid Surface & Remodeling, and co-buyer of River City Granite & Stone Works**

---

**YP, LLC**
Name
**dba AT&T Advertising Solutions**
Number      Street
**9445 Rockside Road**
_____

**Valley View**              **OH**    **44125**
City                          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    7    3    5**

**$9,076.22 Breach of Advertising Contract, Judgment against Business ONLY, but debtor schedules this out of an abundance of caution.**

Debtor 1    **Robert Lee Naucke**                                        Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  $25,118.70 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.  $25,118.70 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $1,241,844.44 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.  $1,241,844.44 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **River City Granite and Stone Works, LLC** | |
|---|---|---|
| | Name | |
| | **c/o Robert Naucke** | |
| | Number       Street | |
| | **5815 Kingwood Drive** | |
| | **St. Louis**            **MO**      **63123** | |
| | City                    State      ZIP Code | |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.31**
☐ Schedule G, line _____
**RMS**

| 3.2 | **River City Granite and Stone Works, LLC** | |
|---|---|---|
| | Name | |
| | **c/o Robert Naucke** | |
| | Number       Street | |
| | **5815 Kingwood Drive** | |
| | **St. Louis**            **MO**      **63123** | |
| | City                    State      ZIP Code | |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.25**
☐ Schedule G, line _____
**Mathis Marifian & Richter**

Debtor 1    Robert Lee Naucke                                              Case number (if known) _____

| **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.29**
☐ Schedule G, line _____
**Salander Enterprises, LLC**

**3.4**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.8**
☐ Schedule G, line _____
**Andrew Alexander Demasi**

**3.5**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**MO Employers Mutual Insurance Company**

**3.6**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.19**
☐ Schedule G, line _____
**Jonathan L. Shoener**

**3.7**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**Technology Insurance Company**

**3.8**  River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number      Street
5815 Kingwood Drive

St. Louis                MO        63123
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.33**
☐ Schedule G, line _____
**Ronald L. Kraft**

Debtor 1  Robert Lee Naucke _____  Case number (if known) _____

███████ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.9 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Superior Granite, Inc.**

| 3.10 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.24**
☐ Schedule G, line _____
**Mark R. Bahn**

| 3.11 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.5**
☐ Schedule G, line _____
**Collector of Revenue**

| 3.12 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.27**
☐ Schedule G, line _____
**Michael D. Stokes**

| 3.13 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**Prosper UM Capital, LLC**

| 3.14 | **River City Granite and Stone Works, LLC**<br>Name |
|---|---|

**c/o Robert Naucke**
Number     Street
**5815 Kingwood Drive**

**St. Louis**         **MO**      **63123**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.25**
☐ Schedule G, line _____
**Pearl Beta Funding, LLC**

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.15**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.36**
☐ Schedule G, line _____
**The Kaplan Group**

**3.16**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Mulligan Funding, LLC**

**3.17**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.17**
☐ Schedule G, line _____
**Infinity Insurance Solutions**

**3.18**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Reliable Fast Cash, LLC**

**3.19**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.21**
☐ Schedule G, line _____
**Law Offices of Anne R. Grupp**

**3.20**
**River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number    Street
**5815 Kingwood Drive**

**St. Louis**          **MO**          **63123**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.8**
☐ Schedule G, line _____
**Farmers Insurance**

| Debtor 1 | Robert Lee Naucke | Case number (if known) | |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.21**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **5.23**
☐ Schedule G, line ____
**Manu Gopal**

**3.22**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **5.18**
☐ Schedule G, line ____
**John Sholar**

**3.23**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **4.1**
☐ Schedule G, line ____
**3 Rivers Solid Surface & Remodeling, LLC**

**3.24**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **5.11**
☐ Schedule G, line ____
**Chanda Kelley**

**3.25**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **5.37**
☐ Schedule G, line ____
**William Anderson**

**3.26**
River City Granite and Stone Works, LLC
Name
c/o Robert Naucke
Number     Street
5815 Kingwood Drive

St. Louis     MO     63123
City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line **5.14**
☐ Schedule G, line ____
**David A. Kraft & Associates, LLC**

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

| | **Additional Page to List More Codebtors** |

_Column 1:_  **Your codebtor**

_Column 2:_  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.27**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.22**
- ☐ Schedule G, line _____
**New Era Lending, LLC**

**3.28**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **5.20**
- ☐ Schedule G, line _____
**Korsinsky & Klein, LLP**

**3.29**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **5.38**
- ☐ Schedule G, line _____
**YP, LLC**

**3.30**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **5.32**
- ☐ Schedule G, line _____
**Robinson, Reagan & Young, PLLC**

**3.31**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **5.10**
- ☐ Schedule G, line _____
**Atlas Stone**

**3.32**    **River City Granite and Stone Works, LLC**
Name
**c/o Robert Naucke**
Number      Street
**5815 Kingwood Drive**

**St. Louis**                    **MO**          **63123**
City                              State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **5.28**
- ☐ Schedule G, line _____
**Midwest Granite**

Debtor 1 __Robert Lee Naucke_____ Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.33 | **River City Granite and Stone Works, LLC** |
|---|---|
| | Name |
| | **c/o Robert Naucke** |
| | Number          Street |
| | **5815 Kingwood Drive** |
| | **St. Louis**          **MO**          **63123** |
| | City          State          ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6___
☐ Schedule G, line _____

**Cosmo Granite & Marble, NC, LLC**

| 3.34 | **River City Granite and Stone Works, LLC** |
|---|---|
| | Name |
| | **c/o Robert Naucke** |
| | Number          Street |
| | **5815 Kingwood Drive** |
| | **St. Louis**          **MO**          **63123** |
| | City          State          ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.9___
☐ Schedule G, line _____

**Aspen Waste Systems**

| 3.35 | **River City Granite and Stone Works, LLC** |
|---|---|
| | Name |
| | **c/o Robert Naucke** |
| | Number          Street |
| | **5815 Kingwood Drive** |
| | **St. Louis**          **MO**          **63123** |
| | City          State          ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __5.16___
☐ Schedule G, line _____

**Dex Media**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                               12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Retired** | |
| **Employer's name** | | |
| **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
| | | |
| | _____<br>City        State  Zip Code | _____<br>City        State  Zip Code |
| **How long employed there?** | **2 Years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. ____**$0.00**____ | _____ |
| **3.** | Estimate and list monthly overtime pay. | 3. + ____**$0.00**____ | _____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. ____**$0.00**____ | _____ |

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here .................................................. → 4.

|  | | |
|---|---|---|
| | 4. | $0.00 | |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | |
| 5e. Insurance | 5e. | $0.00 | |
| 5f. Domestic support obligations | 5f. | $0.00 | |
| 5g. Union dues | 5g. | $0.00 | |
| 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | |

**6. Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $0.00

**7. Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    $0.00

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**    8a.    $0.00

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**    8b.    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.    $0.00

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**    8d.    $0.00

8e. **Social Security**    8e.    $1,396.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.    $0.00

8g. **Pension or retirement income**    8g.    $0.00

8h. **Other monthly income.** Specify: _____    8h.+    $0.00

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $1,396.00

**10. Calculate monthly income.** Add line 7 + line 9.    10.    $1,396.00  +  _____  =  $1,396.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +    $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $1,396.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    **None.**
**Debtor anticipates his monthly income to increase due to the fact that the Debtor is seeking employment.**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and Debtor 2.          ☐ Yes. Fill out this information for each dependent......................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**          4.          $1,448.00
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes                                                    4a.  _____

   4b.  Property, homeowner's, or renter's insurance                         4b.  _____

   4c.  Home maintenance, repair, and upkeep expenses                        4c.          $50.00

   4d.  Homeowner's association or condominium dues                          4d.  _____

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

|  |  | **Your expenses** |
|---|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____

**6.** **Utilities:**

6a. Electricity, heat, natural gas | 6a. | **$350.00**

6b. Water, sewer, garbage collection | 6b. | **$44.00**

6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$220.00**

6d. Other. Specify: ___Cellular Services___ | 6d. | **$140.00**

**7.** **Food and housekeeping supplies** | 7. | **$200.00**

**8.** **Childcare and children's education costs** | 8. | _____

**9.** **Clothing, laundry, and dry cleaning** | 9. | **$25.00**

**10.** **Personal care products and services** | 10. | **$25.00**

**11.** **Medical and dental expenses** | 11. | **$120.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$150.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____

**14.** **Charitable contributions and religious donations** | 14. | _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a. Life insurance | 15a. | _____

15b. Health insurance | 15b. | **$298.00**

15c. Vehicle insurance | 15c. | **$150.00**

15d. Other insurance. Specify: **Medicare Medical Insurance** | 15d. | **$150.00**

**16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **Personal Property Taxes** | 16. | **$50.00**

**17.** **Installment or lease payments:**

17a. Car payments for Vehicle 1 **2011 Mercedes CLS550** | 17a. | **$798.00**

17b. Car payments for Vehicle 2 | 17b. | _____

17c. Other. Specify: **Pet Supplies** | 17c. | **$50.00**

17d. Other. Specify: _____ | 17d. | _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____ | 19. | _____

Debtor 1    **Robert Lee Naucke** _____     Case number (if known) _____

**20.**   **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.**   **Other.**   Specify: _____    21.   **+** _____

**22.**   **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,268.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$4,268.00** |

**23.**   **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$1,396.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **–** **$4,268.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($2,872.00)** |

**24.**   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:
**None.**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$205,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | **$61,615.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | **$266,615.00** |

### Part 2:     Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$239,123.00** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... | **$25,118.70** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$1,241,844.44** |
| | **Your total liabilities** | **$1,506,086.14** |

### Part 3:     Summarize Your Income and Expenses

|  | | |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$1,396.00** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J..................................................................... | **$4,268.00** |

---

Debtor 1    **Robert Lee Naucke**                                         Case number (if known) _____

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)    _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.   Student loans.  (Copy line 6f.)    _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

9g.   **Total.**  Add lines 9a through 9f.    _____

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Lee** | **Naucke** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Robert Lee Naucke**                    X _____
Robert Lee Naucke, Debtor 1                        Signature of Debtor 2

Date **07/24/2019**                              Date _____
MM / DD / YYYY                                    MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Robert | Lee | Naucke |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Robert Lee Naucke**            Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.**   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☒ No
☐ Yes. Fill in the details.

**5.**   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Social Security | $8,376.00 | | |
| | Business Sale Payment | $40,000.00 | | |
| | | | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>                                 YYYY | Social Security | $15,974.00 | | |
| | Business Sale Payment | $75,000.00 | | |
| | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>                                 YYYY | Social Security | $15,974.00 | | |
| | | | | |

Debtor 1    **Robert Lee Naucke**                                              Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Freedom Mortgage Corp**<br>Creditor's name<br>**10500 Kincaid Dr**<br>Number    Street | | $3,048.00 | $182,584.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| | **Debtor paid regular routine monthly payments in the amount of approximately $1524.00 per month for April and May of 2019.** | | | |
| **Fishers          IN      46037**<br>City                State    ZIP Code | | | | |
| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **Wells Fargo Dealer Svc**<br>Creditor's name<br>**Po Box 10709**<br>Number    Street | | $2,394.00 | $13,132.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| | **Debtor paid regular routine monthly payments in the amount of approximately $798.00 per month for April, May, and June of 2019.** | | | |
| **Raleigh          NC      27605**<br>City                State    ZIP Code | | | | |
| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **Gateway Metro Federal**<br>Creditor's name<br>**1001 Pine Street**<br>Number    Street | | $2,586.00 | $43,407.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| | **Debtor paid regular routine monthly payments in the amount of approximately $1293.00 per month for April and May of 2019.** | | | |
| **St Louis          MO      63101**<br>City                State    ZIP Code | | | | |

Debtor 1    **Robert Lee Naucke**                                     Case number (if known) _____

|  | Dates of payment | Total amount paid | Amount you still owe |
|---|---|---|---|
|  |  | $1,646.00 | $15,000.00 |

**Gm Financial**
Creditor's name
**Po Box 181145**
Number    Street

_____

**Arlington**              **TX**    **76096**
City                      State    ZIP Code

**Debtor paid regular routine monthly payments in the amount of approximately $1646.00 per month for April of 2019.**

Was this payment for...
- ☐ Mortgage
- ☑ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☐ Other _____

---

|  | Dates of payment | Total amount paid | Amount you still owe |
|---|---|---|---|
|  |  | $900.00 |  |

**Ameren Missouri**
Creditor's name

Number    Street

City                      State    ZIP Code

**Debtor paid regular routine monthly payments in the amount of approximately $300.00 per month for April, May, and June of 2019.**

Was this payment for...
- ☐ Mortgage
- ☐ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☑ Other **Utility Services**

---

|  | Dates of payment | Total amount paid | Amount you still owe |
|---|---|---|---|
|  |  | $660.00 |  |

**Spectrum**
Creditor's name

Number    Street

City                      State    ZIP Code

**Debtor paid regular routine monthly payments in the amount of approximately $220.00 per month for April, May, and June of 2019.**

Was this payment for...
- ☐ Mortgage
- ☐ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☑ Other **Home telephone, inte**

---

|  | Dates of payment | Total amount paid | Amount you still owe |
|---|---|---|---|
|  |  | $870.00 |  |

**SafeCo Insurance**
Creditor's name

Number    Street

City                      State    ZIP Code

**Debtor paid regular routine monthly payments in the amount of approximately $290.00 per month for April, May, and June of 2019.**

Was this payment for...
- ☐ Mortgage
- ☐ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☑ Other **Automobile**

---

|  | Dates of payment | Total amount paid | Amount you still owe |
|---|---|---|---|
|  |  | $600.00 |  |

**Cigna**
Creditor's name

Number    Street

City                      State    ZIP Code

**Debtor paid regular routine monthly payments in the amount of approximately $200.00 per month for April, May, and June of 2019.**

Was this payment for...
- ☐ Mortgage
- ☐ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☑ Other **Health Insurance**

---

Debtor 1    __Robert Lee Naucke_____     Case number (if known) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes.  List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes.  List all payments that benefited an insider.

---

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Salander Enterprises LLC v. River City Granite** | **AC Contract Other** | **City of St. Louis Circuit Court**<br>Court Name | | ☑ Pending |
| | | **10 North Tucker Blvd.**<br>Number    Street | | ☐ On appeal |
| Case number  **1922-AC05532** | | | | ☐ Concluded |
| | | **St. Louis          MO**<br>City          State    ZIP Code | | |
| **Case title**<br>**Superior Granite, Inc. v. River City Granite & Stoneworks** | **Nature of the case**<br>**CC Suit on Account** | **Court or agency**<br>**St. Louis County Circuit Court**<br>Court Name | | **Status of the case**<br>☑ Pending |
| | | **105 South Central Avenue**<br>Number    Street | | ☐ On appeal |
| Case number  **18SL-CC03097** | | | | ☐ Concluded |
| | | **Clayton          MO      63105**<br>City          State    ZIP Code | | |
| **Case title**<br>**Prosper UM Capital v. Robert Naucke** | **Nature of the case** | **Court or agency**<br>**Madison County Circuit Court**<br>Court Name | | **Status of the case**<br>☑ Pending |
| | | **1700 East Broadway**<br>Number    Street | | ☐ On appeal |
| Case number  **18-L-998** | | | | ☐ Concluded |
| | | **Alton          IL      62002**<br>City          State    ZIP Code | | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 5

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cosmos Granite v. River City Granite** | | **Federal Court** <br> Court Name | ☒ Pending |
| | | Number     Street | ☐ On appeal |
| Case number _____ | | | ☐ Concluded |
| | | City          State     ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☒ Yes.  Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Gm Financial** <br> Creditor's Name | **2017 Cadillac XT5** | ril / May of 20 | **$35,000.00** |
| **Po Box 181145** <br> Number     Street | **Explain what happened** <br> ☒ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| **Arlington            TX      76096** <br> City              State     ZIP Code | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☒ Yes.  Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Tatyana Umpenhour-Naucke** <br> Person to Whom You Gave the Gift | **Debtor gave a wedding ring to his spouse when they married in March 2019.** | **03/23/19** | **$2,400.00** |
| **642 Reavis Barracks Rd.** <br> Number     Street | | | |
| **St. Louis        MO    63125** <br> City         State    ZIP Code | | | |

Person's relationship to you **Spouse** _____

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Debtor states that his principle residence suffered water damage in January of 2019.** | **Debtor filed a claim with his insurance company, SafeCo Insurance.  Debtor received a check in the amount of $9,810.72.  These funds were used to repair some of the damages.  None of these funds were used to pay back a friend or family member.** | February of 2019 | $13,000.00 |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **R.O.C. Law**<br>Person Who Was Paid | **$1500.00 Attorney Fee**<br>**$335.00 Court Filing Fee** | | |
| **12964 Tesson Ferry Road**<br>Number      Street | | 06/2019 | $1,835.00 |
| **Suite B** | | | |
| **St. Louis          MO    63128**<br>City                 State    ZIP Code | | | |
| **roettle@roclaw.com**<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Debtor 1      **Robert Lee Naucke**_____      Case number *(if known)*_____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | | | |
|---|---|---|---|
| **Chanda Lynn Kelley and William Anders**<br>Person Who Received Transfer | **Description and value of any property transferred**<br><br>**Sold River City Granite & Stone Works, LLC, and River City Granite Fabrications, and River City Granite Daddy, including all assets, equipment and inventory.** | **Describe any property or payments received or debts paid in exchange**<br><br>**Purchase price was $265,000.00** | **Date transfer was made**<br><br>**May 25, 2019** |
| **915 Fairway Park Drive**<br>Number    Street | | | |
| **Madison, IL**<br><br>City                State    ZIP Code | | | |

Person's relationship to you  **Daughter**_____

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    __Robert Lee Naucke_____    Case number (if known) _____

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1     **Robert Lee Naucke**                                          Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

       ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
       ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
       ☐ A partner in a partnership
       ☐ An officer, director, or managing executive of a corporation
       ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No.  None of the above applies.  Go to Part 12.
    ☑ Yes.  Check all that apply above and fill in the details below for each business.

**River City Granite and Stone Works,**
Business Name

**5815 Kingwood Drive**
Number     Street

_____

**St. Louis**          **MO**   **63123**
City                State   ZIP Code

Describe the nature of the business
**Stone manufacturing and installation.**

Name of accountant or bookkeeper
**Robert Naucke**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **2   6 – 4   2   0   5   2   3   6**

Dates business existed

From     **2008**     To     **2018**

---

**River City Granite Fabrication, LLC**
Business Name

 **Fairway Park Drive**
Number     Street

**Madison, IL**

_____
City                State   ZIP Code

Describe the nature of the business
**Fabricated and installed granite**

Name of accountant or bookkeeper
**Self**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From     **05/2015**     To     **05/2018**

---

**River City Granite Daddy, LLC**
Business Name

**915 Fairway Park Dr.**
Number     Street

**Madison, IL 62060**

_____
City                State   ZIP Code

Describe the nature of the business
**Another granite fabrication and install company**

Name of accountant or bookkeeper
**Self**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From     **2016**     To     **05/2018**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☑ No
    ☐ Yes.  Fill in the details below.

Debtor 1     **Robert Lee Naucke** _____     Case number (if known) _____

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Robert Lee Naucke** _____        **X** _____
    Robert Lee Naucke, Debtor 1              Signature of Debtor 2

    Date ____**07/24/2019**____              Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Robert | Lee | Naucke |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Mortgage Corp** <br><br> Description of property securing debt: **5815 Kingwood Drive, St. Louis, MO 63123** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Creditor's name: **Gateway Metro Federal** <br><br> Description of property securing debt: **2014 Corvette** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Creditor's name: **Wells Fargo Dealer Svc** <br><br> Description of property securing debt: **2011 Mercedes CLS550** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |

Debtor 1    **Robert Lee Naucke** _____    Case number (if known) _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

   Describe your unexpired personal property leases                                        Will this lease be assumed?

   **None.**


| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Robert Lee Naucke** _____    X _____
Robert Lee Naucke, Debtor 1                         Signature of Debtor 2

Date **07/24/2019** _____                      Date _____
      MM / DD / YYYY                                        MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                     |
|---|-------|---------------------|
|   | $245  | filing fee          |
|   | $75   | administrative fee  |
| + | $15   | trustee surcharge   |
|   | $335  | total fee           |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---:|---|
| | $1,167 | filing fee |
| **+** | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

In re  **Robert Lee Naucke**                                    Case No.  _____

                                                              Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................ **$1,500.00**

Prior to the filing of this statement I have received....................................................... **$1,500.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/24/2019** | **/s/ Randall T. Oettle** |
| *Date* | *Randall T. Oettle*                              Bar No.  46820 |
| | R.O.C. Law, Randall Oettle Company, P.C. |
| | 12964 Tesson Ferry, Suite B |
| | St. Louis, MO 63128 |
| | Phone: (314) 843-0220 / Fax: (314) 843-0048 |

---

 **/s/ Robert Lee Naucke**

**Robert Lee Naucke**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

IN RE:   **Robert Lee Naucke**                                                        CASE NO

                                                                                 CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/24/2019 _____          Signature   _/s/ Robert Lee Naucke_____
                                                                          _Robert Lee Naucke_

Date _____          Signature _____

3 Rivers Solid Surface & Remodeling, LLC
915 Fairway Park Drive
Madison, IL 62060


Account Resolution Cor
700 Goddard Ave
Chesterfield, MO 63005


Americollect Inc
1851 S Alverno Road
Manitowoc, WI 54221


Andrew Alexander Demasi
14701 East 42nd Street
Independence, MO 64055


Aspen Waste Systems
13710 Green Ash Court
Earth City, MO 63045


Atlas Stone
10602 Trenton Ave.
St. Louis, MO 63132


Bank Of America
Po Box 982238
El Paso, TX 79998


Cb Indigo/gf
Po Box 4499
Beaverton, OR 97076


Chanda Kelley
915 Fairway Park Drive
Madison, IL 62060

Choice Recovery
1550 Old Henderson Road
Columbus, OH 43220


City of St. Louis Collector
1200 Market Street, Rm. 12
St. Louis, MO 63103


Collector of Revenue
1200 Market Street
Room 109
St. Louis, MO 63103


Cosmo Granite & Marble, NC, LLC
501 S. New Hope Road
Ralliegh, NC 27610


Crown Vision Insurance



David A. Kraft & Associates, LLC
P.O. Box 3510
Kansas City, KS 66103


Day Knight
P O Box 5
Grover, MO 63040


Dex Media
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Farmers Insurance
P.O. Box 268992
Oklahoma City, OK  73126

Freedom Mortgage Corp
10500 Kincaid Dr
Fishers, IN 46037


Gale Aulabaugh, Inc.
dba Madison License and Check Express
2127 Edwardsville Road
Madison, IL 62060

Gateway Ambulance Service, LLC
PO Box 2107
Louisville, KY 40201-2107


Gateway Metro Federal
1001 Pine Street
St Louis, MO 63101


Gm Financial
Po Box 181145
Arlington, TX 76096


Infinity Insurance Solutions
975 East Riggs Road
Suite 12-172
Chandler, AZ 85249

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


John Sholar
2800 Buckmaster Lane
Suite B
Alton, IL 62002


Jonathan L. Shoener
P.O. Box 10110
Columbia, MO 65205

```
KAH Home Care
12125 Woodcrest Executive Drive
Suite 340
Creve Coeur, MO 63141


Korsinsky & Klein, LLP
2926 Avenue L
Brooklyn, NY 11210



Law Offices of Anne R. Grupp
1418 Carne Road
Suite 200
Ojai, CA 93023


Lease Financial Groupl
525 Washington Blvd
Jersey City, NJ 07310



Manu Gopal
414 Pine Hollow Court
Ballwin, MO 63021



Mark R. Bahn
5024 Griffin Road
St. Louis, MO 63128



Mathis Marifian & Richter
101 West Vandalia Street
Suite 100
P.O. Box 247
Edwardsville, IL 62025

Mca Mgmnt Co
Po Box 480
High Ridge, MO 63049



Mercy Clinic East Communities
P.O. Box 504655
St. Louis, MO 63150-4655
```

Mercy Clnc Trauma Gen Surg
P.O. Box 776084
Chicago, IL 60677


Mercy Hospital St. Louis
615 South New Ballas Road
St. Louis, MO 63141


Mercy Rehab Hospital St. Louis
P.O. Box 798325
St. Louis, MO 63179


Metro Imaging
P.O. Box 780
St. Charles, MO 63302


Metropolitan Urological Specialists
P.O. Box 790379
St. Louis, MO 63179


Michael D. Stokes
133 South 11th Street
Suite 350
St. Louis, MO 63102


Midwest Granite
2303 Chaffee Drive
St. Louis, MO 63146


Missouri Department of Revenue
Division of Taxation
P.O. Box 385
Jefferson City, MO 65105-0385


MO Employers Mutual Insurance Company
663 Trade Center Blvd.
Chesterfield, MO 63005

```
Mulligan Funding, LLC
4619 Viewridge Avenue
Suite C
San Diego, CA 92123


Neurosurgical Specialists
621 South New Ballas Road
Suite 297A
Creve Coeur, MO 63141


New Era Lending, LLC
dba Smart Business Funding
1 North Orange Street
Suite 762
Wilmington, DE 19801

Northeast Missouri Imaging Associates, I
P.O. Box 861
Hannibal, MO 63401-0861



Partners Col
403 Axminister
Fenton, MO 63026



PathGroup Labs, LLC
P.O. Box 530310
Atlanta, GA 30353-0310



Pearl Beta Funding, LLC
100 Williams Street
9th Floor
New York, NY 10038


Prosper UM Capital, LLC
57 West 38th Street
Suite 604
New York, NY 10018


Reg Crdt Ser
1201 Jefferson Street
Washington, MO 63090
```

Reliable Fast Cash, LLC
dba K.C.G.
One Metrotech Center
Brooklyn, NY 11201


River City Granite and Stone Works, LLC
c/o Robert Naucke
5815 Kingwood Drive
St. Louis, MO 63123


RMS
P.O. Box 280431
East Hartford, CT 06128


Robert C. Naucke
9122 Niger Drive
Afton, MO 63123


Robinson, Reagan & Young, PLLC
446 James Robertson Parkway
Suite 200
Nashville, TN 37219


Ronald L. Kraft
7011 West 121st Street
Suite 101
Overland Park, KS 66209


Salander Enterprises, LLC
225 South Executive Drive
Suite 250
Brookfield, WI 53008


Signature Medical Group
12639 Old Tesson Road
Suite 115
St. Louis, MO 63128


South County Radioligists
P.O. Box 954129
St. Louis, MO 63195-4129

```
St. Anthony's Medical Center
P.O. Box 66766
St. Louis, MO 63166


St. Louis Clinical Pathology LLC
PO Box 957930
St. Louis, MO 63195-7930


St. Louis ENT Health
607 S New Ballas Rd #2300
St Louis, MO 63131


Superior Granite, Inc.
8420 Delmar Blvd.
LL2
St. Louis, MO 63123

Tbom/atls/fortiva Mc
Po Box 105555
Atlanta, GA 30348


Technology Insurance Company
P.O. Box 3510
Kansas City, KS 66103


Tek-collect Inc
871 Park St
Columbus, OH 43215


The Kaplan Group
2250 King Court, Suite 50
San Luis Obispo, CA 93401


Therapeutic & Diagnostic Imaging
P.O. Box 66726
St. Louis, MO 63166
```

Voice and Swallowing Center
1010 Old Des Peres Road
St. Louis, MO 63131


Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605


West County Radiological Group
11475 Olde Cabin Road
Suite 200
St. Louis, MO 63141


Western Anesthesiology
339 Consort Drive
Ballwin, MO 63011-4439


William Anderson
c/o 3 Rivers Soid Surface & Remodeling
915 Fairway Drive
Madison, IL 62060


YP, LLC
dba AT&T Advertising Solutions
9445 Rockside Road
Valley View, OH 44125

**Fill in this information to identify your case:**

Debtor 1        <u>Robert</u>            <u>Lee</u>              <u>Naucke</u>
                First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF MISSOURI</u>

Case number
(if known)         _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:     Identify the Kind of Debts You Have

1.   **Are you debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ **No.**   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ **Yes.**  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2.   **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.   **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

      If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

      If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| **Fill in this information to identify your case:** | **Check one box only as directed in this form and in Form 122A-1Supp:** |
|---|---|

Debtor 1    **Robert**      **Lee**      **Naucke**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number
(if known) _____

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

  ☐ **Not married.** Fill out Column A, lines 2-11.

  ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

  ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1 __**Robert Lee Naucke**_____   Case number (if known) _____

|  | Column A | Column B |
|---|---|---|
|  | Debtor 1 | Debtor 2 or non-filing spouse |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | | |
| Net monthly income from a business, profession, or farm | _____ | _____ | **Copy here ➜** | _____ | _____ |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | | |
| Net monthly income from rental or other real property | _____ | _____ | **Copy here ➜** | _____ | _____ |

**7. Interest, dividends, and royalties** _____ _____

**8. Unemployment compensation** _____ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you................................................................... _____

For your spouse....................................................... _____

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. _____ _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____

_____   _____ _____

Total amounts from separate pages, if any. + _____ + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| _____ | + | _____ | = | _____ |
|---|---|---|---|---|

**Total current monthly income**

Debtor 1    Robert Lee Naucke _____    Case number (if known) _____

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12.** **Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➡ 12a. [ _____ ]

           Multiply by 12 (the number of months in a year).                           X    12

    12b.  The result is your annual income for this part of the form.              12b. [ _____ ]

**13.** **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    [ _____ ]

    Fill in the number of people in your household.    [ _____ ]

    Fill in the median family income for your state and size of household.............................................. 13. [ _____ ]

    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

    14a.  ☐  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Robert Lee Naucke** _____    **X** _____
    Robert Lee Naucke, Debtor 1                          Signature of Debtor 2

Date  **7/24/2019** _____    Date _____
      MM / DD / YYYY                               MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.